Samuel W. Eastman (CA SBN/00264565)
Sam.eastman@emfirm.com
EASTMAN MEYLER, PC
2301 E. Riverside Dr., Ste. A-50
Austin, Texas 78741
Tel: (512) 596-1957
Fax: (512) 857-1462

Attorneys for Plaintiff, Latrina Jackson

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATRINA R. JACKSON, | Case No. 3:17-cv-00453-KAW |
| Plaintiff, | NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE |
| vs. | |
| MANASSEH JORDAN MINISTRIES, INC., a New York Religious Corporation, and YAKIM MANASSEH JORDAN, an individual, | |
| Defendants. | |

As no opposing party has served either an answer or a motion for summary judgment, Plaintiff Latrina R. Jackson hereby provides notice of voluntary dismissal of this action **with prejudice** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: February 14, 2017

**EASTMAN MEYLER, PC**

BY: /s/ SAMUEL W. EASTMAN
SAMUEL W. EASTMAN

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

California State Bar No. 00264565
E-mail: sam.eastman@emfirm.com
2301 E. Riverside Dr. A-50
Austin, TX 78741
Tel: (512) 596-1957
Fax: (512) 857-1462
**ATTORNEYS FOR PLAINTIFF**

| Case No. 3:17-cv-00453-KAW | - 2 - | Notice of Voluntary Dismissal with Prejudice |